PEOPLE *v.* HANCOCK.
ON REHEARING.

This case on rehearing is controlled by *People* v. *Hancock*, 326 Mich 471.

REID and BUSHNELL, JJ., dissenting.

Appeal from Ingham; Simpson (John), J., presiding. Submitted May 19, 1949. (Docket No. 65, Calendar No. 42,918.) Decided January 9, 1950. Submitted on rehearing April 14, 1950. Decided on rehearing June 27, 1950.

John E. Hancock and others were convicted of a conspiracy to corrupt the legislature of the State of Michigan by bribery. Affirmed.

*Stephen J. Roth,* Attorney General, *Edmund E. Shepherd,* Solicitor General, *Daniel J. O'Hara,* Assistant Attorney General, and *Richard B. Foster,* Special Assistant Prosecuting Attorney, for the people.

*James E. Haggerty (Hugh V. Williams,* of counsel), for appellant Hancock.

ON REHEARING.

SHARPE, J. Judgment of conviction was affirmed in this case on January 9, 1950 (326 Mich 471). The Court divided 3 to 2 with Justices CARR, BUTZEL and DETHMERS not participating in the decision. Re-

hearing was granted by virtue of the authority contained in CL 1948, § 601.5 (Stat Ann § 27.25), and the appeal was resubmitted and oral arguments had.

Upon rehearing I am convinced for the reasons expressed in my former opinion that the judgment should be affirmed. It is so ordered.

BOYLES, C. J., and NORTH, J., concurred with SHARPE, J.

BUSHNELL, J. (*dissenting*). For the reasons stated in *People* v. *Omacht, post,* 145, I am unable to agree with the conclusion reached by Mr. Justice SHARPE.

The conviction should be set aside and a new trial granted.

REID, J., concurred with BUSHNELL, J.

DETHMERS, BUTZEL, and CARR, JJ., did not sit.